Ellyn S. Garofalo, Esq. (SBN: 158795)
  egarofalo@linerlaw.com
Ross E. Viselman, Esq. (SBN: 204979)
  rviselman@linerlaw.com
LINER YANKELEVITZ
SUNSHINE & REGENSTREIF LLP
1100 Glendon Avenue, 14th Floor
Los Angeles, California 90024-3503
Telephone: (310) 500-3500
Facsimile:  (310) 500-3501

Attorneys for Defendant
Irving Kott

FILED
CLERK, U.S. DISTRICT COURT
FEB 10 2006
CENTRAL DISTRICT OF CALIFORNIA
BY         DEPUTY

Priority     X
Send         X
Enter        X
Closed
JS-5/JS-6    X
JS-2/JS-3
Scan Only

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| JB OXFORD HOLDINGS, INC., a Utah corporation; NATIONAL CLEARING CORPORATION, INC., a Utah corporation,<br><br>  Plaintiffs,<br><br>  vs.<br><br>IRVING KOTT, an individual,<br><br>  Defendant. | Case No. CV 04-3380-RMT (MCx)<br><br>**STIPULATION OF DISMISSAL PURSUANT TO RULE 41(a) OF THE FEDERAL RULES OF CIVIL PROCEDURE;** [~~PROPOSED~~] **ORDER THEREON** |

ENTERED
CLERK, U.S. DISTRICT COURT
FEB 13 2006
CENTRAL DISTRICT OF CALIFORNIA
BY         DEPUTY

0017001/002/ 291530v01

1  Plaintiffs JB Oxford Holdings, Inc. and National Clearing Corporation, Inc.
2  and Defendant Irving Kott, by and through their respective counsel of record,
3  HEREBY STIPULATE AND AGREE as follows:
4      1.    <u>JB Oxford Holdings, Inc., et al. v. Irving Kott</u>, Case No. CV 04-3380-
5  RMT (MCx), shall be dismissed with prejudice.
6      2.    Each party is to bear its own fees and costs.
7  SO STIPULATED.

Dated: ~~January~~ February 6, 2006

STEPHAN, ORINGHER, RICHMAN,
THEODORA & MILLER, P.C.

By: _____
Michael L. Meeks
Attorneys for Defendants
JB Oxford Holdings, Inc. and National
Clearing Corporation, Inc.

Dated: ~~January~~ February 7, 2006

LINER YANKELEVITZ
SUNSHINE & REGENSTREIF LLP

By: _____
Ellyn S. Garofalo
Attorneys for Defendant
Irving Kott

2

0017001/002/291530v01

[~~PROPOSED~~] ORDER

Based on the foregoing stipulation of the parties, and good cause appearing therefore, the Court hereby orders as follows:

1. 1. <u>JB Oxford Holdings, Inc., et al. v. Irving Kott</u>, Case No. CV 04-3380-RMT (MCx), is dismissed with prejudice.

2. Each party is to bear its own fees and costs.

IT IS SO ORDERED

Dated: 2-10-06

HONORABLE ROBERT M. TAKASUGI
UNITED STATES DISTRICT JUDGE

3

0017001/002/ 291530v01

# PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 1100 Glendon Ave., 14th Floor, Los Angeles, California 90024-3503. On February 7, 2006, I served the within document(s) described as:

STIPULATION OF DISMISSAL PURSUANT TO RULE 41(a) OF THE FEDERAL RULES OF CIVIL PROCEDURE; [PROPOSED] ORDER THEREON

on the interested parties in this action as stated below:

Michael L. Meeks, Esq.
Nick J.G. Sanchez, Esq.
Stephan, Oringher, Richman, Theodora & Miller, P.C.
535 Anton Boulevard, 9th Floor
Costa Mesa, CA 92626-1902

Facsimile No.: (714) 549-6201

[X] (BY MAIL) By placing a true copy of the foregoing document(s) in a sealed envelope addressed as set forth above. I am readily familiar with this firm's practice for collection and processing of correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing contained in affidavit.

I declare that I am employed in the offices of a member of the State Bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on February 7, 2006, at Los Angeles, California.

Maryann Wilcox
(Type or print name)

(Signature)

0017001/002/ 291530v01